**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:** 06-cv-3228 PAM/JSM

| | |
|---|---|
| Larry Crow,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Wolpoff & Abramson L.L.P.,<br><br>　　　　　Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　BY THE COURT


Dated: May   21,   2007          s/Paul A. Magnuson
　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　Judge of United States District Court